Public Defender, Orlando, FL, for Defendant–Appellant.

Yvette Rhodes, Tampa, FL, for Plaintiff–Appellee.

Before TJOFLAT, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

Tracy Dreispul, appointed appellate counsel for Elier Fernandez–El Amir on this direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Fernandez–El Amir's conviction and sentence are **AFFIRMED.**

T.A. WYNER, George Simon, Plaintiffs–Appellees,

v.

Michael W. SOLE, in his official capacity as Secretary, Florida Department of Environmental Protection, Terence Coullitte, individually and in his official capacity as Park Manager of John D. MacArthur Beach State Park, Defendant–Appellant.

No. 04–14750.

United States Court of Appeals, Eleventh Circuit.

Aug. 23, 2007.

Carri S. Leininger, Barbara Jeanne Taggart, Williams Leininger & Cosby P.A., West Palm Beach, FL, for Defendant–Appellant.

Randall C. Marshall, American Civil Liberties Union of Florida, Miami, FL, James K. Green, James K. Green, P.A., West Palm Beach, FL, for Plaintiffs–Appellees.

Before EDMONDSON, Chief Judge, BARKETT, Circuit Judge, and HUNT,[*] District Judge.

ON REMAND FROM THE UNITED STATES SUPREME COURT

PER CURIAM:

In the light of the Supreme Court's decision in this case, *Sole v. Wyner,* —— U.S.

---

[*] Honorable Willis B. Hunt, Jr., United States District Judge for the Northern District of Georgia, sitting by designation.

——, 127 S.Ct. 2188, 167 L.Ed.2d 1069 (2007), we **VACATE** the district court's order awarding Plaintiffs attorney's fees under 42 U.S.C. § 1988 and **REMAND** the case to the district court for further proceedings in conformity with the Supreme Court's ruling.

**SO ORDERED.**